

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00079-CV

The **BLANCO NATIONAL BANK**, Its Successors, Assigns, and Predecessors in Interest,
Appellant

v.

Michael R. **GONZALEZ**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-09327
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED that Michael R. Gonzalez take nothing from The Blanco National Bank, Its Successors, Assigns, and Predecessors in Interest. It is ORDERED that The Blanco National Bank, Its Successors, Assigns, and Predecessors in Interest recover its costs of this appeal from appellee Michael R. Gonzalez.

SIGNED April 24, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice